## RECONSIDERATION DOCKET

**96–1421.   State ex rel. Ooten v. Siegel Interior Specialist Co.**
Franklin App. No. 95APD05–607.   Reported at 84 Ohio St.3d 255, 703 N.E.2d 306.   On motion for reconsideration.   Motion denied.

Douglas, Resnick and Pfeifer, JJ., dissent.

**96–2346.   State v. Getsy.**
Trumbull C.P. No. 95CR399.   Reported at 84 Ohio St.3d 180, 702 N.E.2d 866.   On motion for reconsideration.   Motion denied.